IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. CR 06 122-01S |
| vs. | ) In violation of 21 U.S.C. |
| | ) §§ 846, 841(a)(1) & (b)(1)(A)(iii) |
| | ) and 18 U.S.C. § 2 |
| FRANCISCO M. ARIAS AND | ) |
| BRAULIO D. HENRIQUEZ | ) |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown, up to and including on or about April 27, 2006, in the District of Rhode Island, the defendants, FRANCISCO M. ARIAS and BRAULIO D. HENRIQUEZ, aiding and abetting each other, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally possess with intent to distribute and distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 846, 841 (a)(1) and (b)(1)(A)(iii) and 18 U.S.C. § 2.

COUNT II

On or about April 27, 2006, in the District of Rhode Island, the defendants, FRANCISCO M. ARIAS and BRAULIO D. HENRIQUEZ, did knowingly and intentionally, and aiding and abetting each other, possess with intent to distribute and distribute, 50 grams or

more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii) and 18 U.S.C. § 2.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Dated: 11/1/06