AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Bravlio D. Henriquez

APPEARANCE

CASE NUMBER: CR06-122-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bravlio D. Henriquez

I certify that I am admitted to practice in this court.

11-2-06
*Date*

[signature]
*Signature*

Thomas G. Briody 4427
*Print Name* *Bar Number*

72 Pine St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 751-5151 331-7454
*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.