1248883

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

BRAULIO D. HENRIQUEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-122-T

RECEIVED
NOV 02 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRAULIO D. HENRIQUEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE
POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OF COCAINE BASE

in violation of Title 21/18 United States Code, Section(s) 846, 841(a)(1)&(b)(1)(A)(iii)/2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Pawtucket, RI by USMS ~ DEA | | |
| DATE RECEIVED 11/02/2006 | NAME AND TITLE OF ARRESTING OFFICER Michael Wattik DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/02/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.