**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-122-02T**

**BRAULIO HENRIQUEZ**

# MOTION TO CONTINUE

Now comes the defendant, Braulio Henriquez, by and through his counsel, and moves this honorable court to continue this matter from the January, 2007 trial calendar and empanelment presently scheduled for January 16, 2007. As grounds for this motion, the defendant offers three reasons. First, the parties are in plea negotiations. This matter involves a mandatory minimum sentence of ten years, and this fact has interfered with the parties' ability to obtain a just resolution of this case. The second reason is that the coming holidays have interfered with the ability of counsel to meet and conclude these negotiations. The third reason is that defense counsel is in the process of relocating his office, and expects to complete the relocation by the first week in January.

For all of these reasons, the defendant respectfully asks that this motion be granted, and this case rescheduled to the February trial calendar. The government is aware of this motion and has no objection. The defendant understands and agrees that any delay incurred as a result of the granting of this motion shall be deemed EXCLUDABLE for purposes of the Speedy Trial Act.

DAVID GALLAGHER
By his attorney,

_/s/_Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 19th of December, 2006, the defendant filed this motion electronically via the court's ECF system, and thereby provided notice to Richard Rose, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, by first class mail.

/s/ Thomas G. Briody