**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-122-02T**

**BRAULIO HENRIQUEZ**

## MOTION TO WITHDRAW

Now comes Thomas G. Briody, counsel for the defendant, and moves to withdraw his appearance. As grounds for this motion, counsel avers and states there is an irremediable breakdown in the attorney-client relationship, and that further representation will result in a violation of the rules of professional conduct. As provided in Rule 1.17(a)(1), counsel submits that withdrawal is mandatory.

BRAULIO HERIQUEZ
By his attorney,

_/s/_Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 12th of March, 2007, the defendant filed this motion electronically via the court's ECF system, and thereby provided notice to Terrence Donnelly, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, by first class mail.

/s/ Thomas G. Briody