UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 06-122-02-T

BRAULIO D. HENRIQUEZ

**MOTION TO ENLARGE TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT AND/OR SENTENCING MEMORANDUM AND TO REASSIGN SENTENCING**

Now comes Braulio D. Henriquez, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum. At this time counsel is seeking additional time to confer with his client relative to the presentence report. Counsel seeks additional time to prepare and file objections to said report after further consultation with his client. Additional time is also requested in order for counsel to research the impact of the proposed changes to the sentencing guidelines would have on the defendant's case. It is respectfully requested such period be enlarged to a time on or after August 20, 2007. Counsel seeks that the sentencing therefore be set for on or after that date . Counsel similarly seeks that the sentencing hearing previously set be vacated.

After conferring with counsel for the government it is defense counsels understanding that the government has no objection to this continuance.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Entry of Apperance through the United States District Court for the District of Rhode Island's ECF System be forwarded to Terrence P. Donnelly, Esq., A.U.S.A. on July 19, 2007.

/s/ George J. West