UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                          Cr. No. 06-122T

BRAULIO HENRIQUEZ

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Braulio Henriquez has filed a motion for a reduction of his 120 month sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §§1B1.10 and 2D1.1. A review of the record indicates that, while Henriquez would be eligible for a reduction in his guideline sentence pursuant to 18 U.S.C. §3582(c), he is subject to the statutory minimum sentence of 120 months imposed by 21 U.S.C. §§841(a)(1)(A) and (b)(1)(A). Therefore, the motion for reduction of sentence is denied.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 15, 2009